UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Catholic Benefits Association, et al.,

v.

Case No: 3:23-CV-203

Xavier Becerra, et al.

## CLERK'S MINUTES
Proceeding: Status Conference
*(via telephone)*

Presiding Judge: U.S. Magistrate Judge Alice Senechal
Deputy Clerk: Shantel Jacobson
Law Clerk: Amy Strankowski and Kevin Thomson
Digital Recorder: 240509-001.mp3 (JS Chambers Recorder)

Date: Thursday, May 9, 2024
Time: 10:00am
Recess: 10:22am

Counsel for all Plaintiffs: **L. Martin Nussbaum and Andrew Nussbaum**
Counsel for Defendants: **Bradley Humphreys**

Court calls case and counsel enter appearances.

Court has reviewed the status report and proposed scheduling order documents.

Attorney Nussbaum questions whether the parties can proceed directly to briefing, or if Court needs to grant some form of interim relief, or stay before Plaintiffs file a dispositive motion.

Discussion held regarding plaintiffs' position and defendants' position on the posture of the case.

Court and parties discuss scheduling matters.

Court will adopt the deadlines that the defendants have proposed.

Order to be filed.

Recess.